In the Matter of the Claim of ANTHONY SCATOLA.

BRONX HOME NEWS PUBLISHING COMPANY, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Argued February 26, 1940; decided March 12, 1940.

690

*Ernest P. Seelman* for appellant.

*John J. Bennett, Jr., Attorney-General* (*W. Gerard Ryan, Francis R. Curran* and *Henry Epstein* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ.   Dissenting: LEHMAN, Ch. J., and LEWIS, J.